IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fleming, John S | Case Number: 08 B 12605 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/03/09 | Filed: 5/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,508.00 | |
| Secured: | | 4,698.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 328.39 |
| Other Funds: | | 2,481.61 |
| Totals: | 7,508.00 | 7,508.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 6,920.00 | 4,224.00 |
| 4. | Illinois Title Loans | Secured | 2,788.00 | 342.00 |
| 5. | Calvary SPV II LLC | Secured | 1,066.00 | 132.00 |
| 6. | Ocwen Loan Servicing LLC | Secured | 47,277.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 80,799.00 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 5,165.85 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 196.37 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 344.94 | 0.00 |
| 11. | St Mary Mercy Healthcare Centers | Unsecured | 2,120.82 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 1,459.77 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 53,866.00 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 175.46 | 0.00 |
| 15. | Ronald Greenspan | Unsecured | 183,448.78 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 427.50 | 0.00 |
| 17. | Nicor Gas | Unsecured | 1,457.72 | 0.00 |
| 18. | Commonwealth Edison | Unsecured | 953.81 | 0.00 |
| 19. | Illinois Dept of Revenue | Unsecured | 533.55 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 350.95 | 0.00 |
| 21. | Global Payments | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | City Of Chicago | Unsecured | | No Claim Filed |
| 25. | TRS Services | Unsecured | | No Claim Filed |
| 26. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Fleming, John S

Printed: 02/03/09

Case Number:  08 B 12605
Judge:  Wedoff, Eugene R
Filed:  5/16/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Leasecomm Corporation | Unsecured | | No Claim Filed |
| 28. City Of Chicago | Unsecured | | No Claim Filed |
| 29. Legal Assistance Foundation Of Chicago | Unsecured | | No Claim Filed |
| | | $ 389,351.52 | $ 4,698.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 217.73 |
| 6.6% | 110.66 |
| | $ 328.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: